IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> THOMAS W. ELLIS, ) <br> ) <br> Petitioner. ) | Criminal No. 3:10CR131-HEH |

## ORDER
### (Denying 28 U.S.C. § 2255 Motion)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED the 28 U.S.C. § 2255 Motion (Dk. No. 32) is DENIED, the action is

DISMISSED, and a certificate of appealability is DENIED.

Petitioner may appeal the decision of the Court. Should he wish to appeal, written

notice of appeal must be filed within sixty (60) days of the date of entry hereof. Failure to

file a timely notice of appeal may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order

to Petitioner and counsel for the United States.

It is SO ORDERED.

                                                   /s/
                                    HENRY E. HUDSON
                                    UNITED STATES DISTRICT JUDGE

Date: Dec 19, 2011
Richmond, Virginia