UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

JAN - 4 2012

| | | |
|---|---|---|
| THOMAS W. ELLIS, | ) | |
| Petitioner. | ) | Criminal Action No: |
| | ) | NO: **3:10CR131-HEH** |
| | ) | |
| Vs. | ) | Civil Action No: |
| | ) | **3:11-CV-00453 HEH** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Thomas, W. Ellis, Petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and order entered in this action on December 19, 2011, denying petitioner's application for a writ of habeas corpus pursuant to Title 28 United States Code, Section 2255.

- 1

Respectfully Submitted,

this 30th day of December, 2011.

*Thomas W. Ellis*

Thomas W. Ellis,

Petitioner

1230 Elmart Lane

Richmond VA. 23235