**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| **Transmittal to 4CCA of notice of appeal filed:** _____ | **District:** USDC - Eastern District | **District Case No.:** 3:10-cr-00131-HEH-1 |
|---|---|---|
| ___ First NOA in Case | **Division:** Richmond Division | **4CCA No(s). for any prior NOA:** 12-6056 |
| ___ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | **Caption:** | **4CCA Case Manager:** |
| ___ Subsequent NOA-cross appeal | United States of America v. Thomas W. Ellis | Jeff Neal |
| ___ Paper ROA  ✓ Paper Supp. | | |
| Vols: Supp. 1, Vol. 1 | | |
| Other: Sealed PSR | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal) |
| ___ Recalcitrant witness | ___ Appeal fees paid in full |
| ___ In custody | **Criminal Cases:** |
| ___ On bond | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On probation | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case: | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| **District Judge:** | ___ Court never granted IFP status (must pay fee or apply to **District Court**) |
| | **PLRA Cases**: |
| | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| **Court Reporter** (list all): | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| | **Sealed Status** (check all that apply)**:** |
| | ___ Portions of record under seal |
| | ___ Entire record under seal |
| | ___ Party names under seal |
| **Coordinator**: | ___ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable)**:** | **Record Status for Counseled Appeals** (check any applicable)**:** |
|---|---|
| ___ Assembled electronic record transmitted | ___ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ✓ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ✓ Other: Supp. 1, Vol. 1 (Sealed PSR) | ___ Other: |

Deputy Clerk: Laurie C. Breeden   Phone: 804-916-2207   Date: 01/10/12

03/2011